# EXHIBIT 4



## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| BERNARD E. BENNETT and ELSIE M. BENNETT, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY, and AGENT DOE,<br><br>Defendants. | FILED IN DISTRICT COURT<br>OKLAHOMA COUNTY<br><br>JUL 29 2021<br><br>RICK WARREN<br>COURT CLERK<br>111 _____<br><br>Case No:<br><br>**CJ-2021-3174** |

### ENTRY OF APPEARANCE

Keith F. Givens, of the firm of Mansell Engel & Cole, hereby enters his appearance on behalf of Plaintiffs, Bernard ("Bud") Bennett and Elsie Bennett.

                                        **MANSELL ENGEL & COLE**

By: _____
Steven S. Mansell, OBA #10584
Kenneth G. Cole, OBA #11792
Keith F. Givens, OBA #16501
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK  73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
Email: kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFF**