# EXHIBIT 6



**OKLAHOMA INSURANCE DEPARTMENT**

Insurance Commissioner, Glen Mulready

400 NE 50th Street, Oklahoma City, OK 73105  405.521.2746  405.522.0125  oid.ok.gov

Legal Division

August 3, 2021

ALLSTATE LIFE INSURANCE COMPANY
3075 SANDERS RD STE H1A
NORTHBROOK    IL   60062

RE: CJ20213174
    In the District Court in OKLAHOMA
    State of Oklahoma
    BERNARD E. BENNETT, ET AL.
            vs
    ALLSTATE LIFE INSURANCE COMPANY

Dear Sir or Madam:

Enclosed is a copy of the above captioned summons served on the Insurance Commissioner as designated agent for service of process of foreign insurance companies doing business in the State of Oklahoma (36 O.S. section 621(B)).

Sincerely,

GLEN MULREADY
Insurance Commissioner

Maria Torres        Legal Department

dp/enclosure

THE CORPORATION COMPANY
1833 SOUTH MORGAN ROAD
OKLAHOMA CITY    OK   73128



# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
# STATE OF OKLAHOMA

| | |
|---|---|
| BERNARD E. BENNETT and ELSIE M. BENNETT, husband and wife,<br><br>        Plaintiffs,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY, and AGENT DOE,<br><br>        Defendants. | Case No:<br><br>CJ-2021-3174 |



## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**  **ALLSTATE LIFE INSURANCE COMPANY**
c/o Glen Mulready, Oklahoma Insurance Commissioner
400 N.E. 50th Street
Oklahoma City, OK 73105

You have been sued by the above-named Plaintiffs, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorneys for the Plaintiffs. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

If Interrogatories and Request for Production of Documents are served with this Petition, you are directed to answer the Interrogatories and produce the documents requested within thirty (30) days after service of these Interrogatories and Request for Production of Documents. The thirty (30) day response period shall not commence until an Answer to the Petition is filed.

   Issued this ___29___ day of ___July___, 2021.

                     RICK WARREN, COURT CLERK

                     By: _____

[Seal]

ATTORNEYS FOR PLAINTIFFS:
 Steven S. Mansell, OBA #10584
 Kenneth G. Cole, OBA #11792
 Keith F. Givens, OBA #16501
 MANSELL ENGEL & COLE
 204 North Robinson Avenue, 21st Floor
 Oklahoma City, Oklahoma 73102
 T: (405) 232-4100 ** F: (405) 232-4140

This Summons was served on _____
             (date of service)

                 _____
                 (signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER IN CONNECTION WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**