# EXHIBIT 7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BERNARD E. BENNETT and ELSIE M. BENNETT, husband and wife,**  Plaintiffs,  v.  **ALLSTATE LIFE INSURANCE COMPANY, et al.**  Defendants. | Civil Action No. _____  State Court Case No. CJ20213174 District Court in and for Oklahoma County, Oklahoma |

### DECLARATION OF DANIEL G. GORDON

I, Daniel G. Gordon, declare and state as follows:

1. My name is Daniel G. Gordon. I am a Vice President and Assistant Secretary for Defendant Allstate Life Insurance Company ("Allstate"). I am over the age of 21 years old, and I am competent to give the testimony below. I make the following statements of fact from my personal knowledge and based on my review of Allstate's business records. I make this Declaration in support of Allstate's Notice of Removal in the above-captioned action.

2. Allstate is a life insurance company organized under the laws of the State of Illinois and maintains its principal place of business in Northbrook, Illinois.

3. I was provided an opportunity to review this Declaration and given the opportunity to make any and all necessary changes. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1

1

Executed this 18th day of August, 2021 in Northbrook, Illinois.

_____
Daniel G. Gordon